

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-21-00049-CV

**IN THE INTEREST OF STERLING FUENTES, ET AL, CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA00061
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant filed a notice of appeal on February 12, 2021. The clerk's record and reporter's record were due on February 22, 2021. Neither has been filed.

On February 22, 2021, the trial court clerk requested an extension of time until March 2, 2021. The request is GRANTED and the trial court clerk is ORDERED to file the clerk's record **no later than March 2, 2021**.

We also ORDER the court reporters responsible for preparing the reporter's records, Decline Benavides and Jessica Butts, to file their reporter's records **no later than March 2, 2021**.

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court